**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-po-00240-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| SCOTT R. DRUMMOND, | ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 327.3(c): Operation of Vessel/Watercraft in Prohibited or Restricted Area

**Sentence Date:** March 24, 2021

**Review Hearing Date:** August 19, 2021 at 10 a.m.

**Probation Expires On:** September 24, 2021

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $390 which Total Amount is made up of a Fine: $ 350  Special Assessment: $ $10 Processing Fee: $ 30 Restitution: $ 0

☒ Payment schedule of $ 390    per month by the    of each month. **LUMP SUM PAYMENT TO BE PAID IN FULL BY 07/30/2021.**

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:**

- The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
- The defendant is ordered to personally appear for a Probation Review Hearing on 8/19/2021 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone.
- A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
- Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 390
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                      Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation:

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey A. Spivak, Assistant United States Attorney

DATED: 7/19/2021                        /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
                                        Assistant United States Attorney

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/19/2021 at 10:00 am

　　☐ be continued to Click here to enter a date. at 10:00 a.m.; or

　　☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 7/21/2021                        /s/ Scott R. Drummond
                                        SCOTT R. DRUMMOND, IN PRO PER

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

　　☒ GRANTED.  The Court orders that the Review Hearing be vacated.  The defendant need not appear for the status review hearing.

　　☐ DENIED.

IT IS SO ORDERED.

Dated:  **July 27, 2021**                    _____
                                             UNITED STATES MAGISTRATE JUDGE